IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA STUCKEY, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:17-cv-235 |
| v. | ) | |
| | ) | |
| ONYX CORPORATION d/b/a ONYX BRANDS, ONYX BRANDS USA and ONYX LABORATORIES, LTD.; WAL-MART STORES INC., d/b/a WALMART | ) | |
| Defendants | ) | |

## STIPULATION AND ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective attorneys, that the Plaintiffs' Complaint against Defendants Onyx Corporation d/b/a Onyx Brands, Onyx Brands USA and Onyx Laboratories, Ltd. and Wal-Mart Stores Inc. d/b/a Walmart in the above-captioned matter, is hereby dismissed on the merits, with prejudice, and without costs to any party.

Dated: ~~August~~ September 21, 2018.

| | |
|---|---|
| *Counsel for Plaintiff, Angela Stuckey* | *Counsel for Defendants, Onyx Corporation and Wal-Mart Stores, Inc.* |

Kelly K. Iverson
CARLSON LYNCH
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
(412) 253-4989
KIverson@carlsonlynch.com

-AND-

Joel L. Herz (*pro hac vice*)
LAW OFFICES OF JOEL L. HERZ
3573 East Sunrise Drive, Suite 215
Tucson, AZ 85718
(520) 529-8080
joel@joelherz.com

Brad D. Remick
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
2000 Market Street
Suite 2300
Philadelphia, PA 19103
(215) 575-2762
BDRemick@MDWCG.com

-AND-

Laurence H. Leavitt (*pro hac vice*)
McCOY LEAVITT LASKEY LLC
202 U.S. Rt. 1, Suite 200
Falmouth, ME 04105
(207) 835-0475
lleavitt@mlllaw.com

Michael D. Aiken (*pro hac vice*)
McCOY LEAVITT LASKEY LLC
N19 W24200 Riverwood Drive, Suite 125
Waukesha, WI 53188
(262) 522-7018
maiken@mlllaw.com